IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00475-KS

| | |
|---|---|
| ERIC S. HUTCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | MOTION TO APPEAR BY |
| ) | VIDEO CONFERENCING |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon consideration of Defendant's consented to Motion to Appear by Video Conferencing for the hearing scheduled on July 12, 2018, at 2:15 pm, it is hereby ORDERED that Defendant's motion is GRANTED.

SO ORDERED this 31st day of May 2018.

_____
Kimberly A. Swank
United States Magistrate Judge