UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ERIC S. HUTCHINSON )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>NANCY A. BERRYHILL, )<br>*Acting Commissioner of Social Security,* )<br>　　　　Defendant. )<br> ) | **JUDGMENT**<br><br>Case No. 5:17-CV-475-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Plaintiff's Motion for Judgment on the Pleadings [DE-17] is GRANTED, Defendant's Motion for Judgment on the Pleadings [DE-25] is DENIED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on August 14, 2018, with electronic service upon:

Jonathan Miller, *Counsel for Plaintiff*
Mark Goldenberg, *Counsel for Defendant*

　　　　　　　　　　　　　　　　　　**PETER A. MOORE, JR.**
　　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT

AUGUST 14, 2018　　　　　　　　　　/s/ *Shelia Foell*
　　　　　　　　　　　　　　　　　　(By): Shelia Foell, Deputy Clerk