IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00475-KS

ERIC HUTCHINSON,                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )       ORDER FOR PAYMENT OF ATTORNEY
                                          )       FEES AND COSTS UNDER THE
NANCY A. BERRYHILL,                       )       EQUAL ACCESS TO JUSTICE ACT
Acting Commissioner of Social Security,   )
                                          )
            Defendant.                    )
_____)

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $6,092.08 ($5,950.00 in attorney's fees and $142.08 in expenses), in full satisfaction of

any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition,

Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If

the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by

check payable to Plaintiff's counsel, Jonathan P. Miller, and mailed to his office at 1213

Culbreth Drive, Wilmington, North Carolina 28405, in accordance with Plaintiff's assignment to

her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 6th day of September 2018.


_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE