UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ERIC HUTCHINSON,
    Plaintiff,

v.

NANCY A. BERRYHILL,
*Acting Commissioner of Social Security,*
    Defendant.

# JUDGMENT

Case No. 5:17-CV-475-KS

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that the Defendant pay to the Plaintiff $6,092.08 in attorney's fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

This judgment filed and entered on September 6, 2018, with *electronic service* upon:

**Jonathan Miller**
*Counsel for Plaintiff*

**Mark Goldenberg**
**Cassia W. Parson**
*Counsel for Defendant*

                                  **PETER A. MOORE, JR.**
                                  **CLERK, U.S. DISTRICT COURT**

September 6, 2018                      /s/ *Shelia D. Foell*
                                            (By): Shelia D. Foell, Deputy Clerk